*Friday, November 15, 1996*

## MOTION DOCKET

**96–2501.  Nozik v. Sanson.**
Cuyahoga App. Nos. 69948 and 70198.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellants' motion for stay of execution of court of appeals' judgment,
IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**96–1761.  State ex rel. Diesman v. Indus. Comm.**
Franklin App. No. 95APD09–1175.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of the application for dismissal of appellants, Industrial Commission of Ohio and Administrator, Ohio Bureau of Workers' Compensation,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective November 14, 1996.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–1957.  Cockrell v. Indus. Comm.**
Franklin App. No. 95APD07–945.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective November 14, 1996.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2324.  State ex rel. Slaughter v. Judges of the Fourth Appellate Dist. Court.**
In Procedendo.  This cause originated in this court on the filing of a complaint for a writ of procedendo.  Upon consideration of relator's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective November 14, 1996.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2483.  Gumpl v. Records Office.**
Richland App. No. 96CA58.  On November 7, 1996, a notice of appeal due November 4, 1996, was received for filing and inadvertently filed by the Clerk's Office.  Whereas S.Ct.Prac.R. II(2)(A)(1) provides that the Clerk shall refuse to file a notice of appeal that is tendered for filing after the time period for filing an appeal has passed,
IT IS ORDERED by the court, *sua sponte*, that the notice of appeal be, and hereby is, stricken, effective November 14, 1996.
IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this cause be, and hereby is, dismissed for lack of jurisdiction.